```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


JULIO CORTEZ ORTIZ,            )   NO. CV 12-2958-DOC(E)
                               )
            Petitioner,        )
                               )
       v.                      )       JUDGMENT
                               )
USA - ICE,                     )
                               )
            Respondent.        )
_____)
```

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: July 9, 2012.

_____
              DAVID O. CARTER
        UNITED STATES DISTRICT JUDGE